# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| JAMES PAVELKA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 6:22-CV-824-ADA-JCM |
| | ) |
| THE HARTFORD INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## JOINT NOTICE OF SETTLEMENT

Plaintiff, James Pavelka, and Defendant "The Hartford Insurance Company," more accurately Trumbull Insurance Company, by and through their counsel of record, submit this Joint Notice of Settlement. The parties respectfully show the Court as follows:

The parties hereby advise the Court that the case settled at mediation on June 13, 2023. The parties anticipate the settlement will be finalized within 30 days of the filing of this Notice, at which time the parties will submit a Joint Stipulation of Dismissal With Prejudice to refiling.

DATED this 22nd day of June, 2023.

Respectfully submitted,

*/s/ Derek L. Fadner*
J. Zachary Moseley
State Bar No. 24092863
G. Brandon Schilter
State Bar No. 24098388
Derek L. Fadner
State Bar No. 24100081
derek@mma-pllc.com
McClenny, Moseley & Associates
1415 Louisiana St., Suite 2900
Houston, TX 77002
Telephone: (214) 462-3000
Facsimile: (214) 462-3299
**ATTORNEYS FOR PLAINTIFF**


*/s/ Laura J. Grabouski*
Laura J. Grabouski
State Bar No. 24031595
LauraGrabouski@HoldenLitigation.com
Steven E. Holden
State Bar No. 24071280
SteveHolden@HoldenLitigation.com
HOLDEN LITIGATION, *Holden, P.C.*
10000 N. Central Expressway, Suite 360
Dallas, TX 75231
Telephone: (214) 745-8888
Facsimile:  (918) 295-8889
**ATTORNEYS FOR DEFENDANT**


**CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2023, I electronically transmitted this document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to those parties registered for ECF service.

*/s/ Laura J. Grabouski*
Laura J. Grabouski

159.024